**Opinion issued May 12, 2022**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-22-00185-CV

————————————

**CARL C. ICAHN, Appellant**

**V.**

**XL SPECIALTY INSURANCE COMPANY; ALLIANZ GLOBAL RISK US INSURANCE COMPANY; ARGONAUT INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; ALLIED WORLD NATIONAL ASSURANCE COMPANY, Appellees**

---

**On Appeal from the 434th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 21-DCV-280374**

---

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal. *See* TEX. R. APP. P. 10.3(a), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Countiss and Farris.